IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Plaintiff )
)
vs. ) C.A. No.
)
ONE PARCEL OF REAL PROPERTY WITH )
BUILDINGS, APPURTENANCES, )
AND IMPROVEMENTS KNOWN AS ) 05 498T
137 RESERVOIR AVENUE, LOCATED IN THE )
CITY OF PROVIDENCE, RHODE ISLAND, )
Defendant )

COMPLAINT FOR FORFEITURE IN REM

Plaintiff, the United States of America, acting by and through the United States Attorney for the District of Rhode Island, in a civil cause for forfeiture, alleges upon information and belief:

1. That this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355, 1356, and 1395, 21 U.S.C. §§ 881(a)(6) and (7), 18 U.S.C. §§ 981 and 985, and 19 U.S.C. § 1608.

2. That the defendant real property with buildings, appurtenances, and improvements is more fully described as follows:

> That certain lot or parcel of land with all buildings and improvements thereon situated on the westerly side of Reservoir Avenue in the City and County of Providence, State of Rhode Island, laid out and designated as lot number eleven (11) on that plat entitled, "Plat of House Lots in

Cranston belonging to A.V. Dike, outline surveyed by Schubarth & Haines April 1853, drawn April 1854 by W.J. Harris", which plat is recorded in the Office of the Recorder of Deeds in said City of Providence on Plat Book 9 at page 3 and (copy) on Plat Card 229.

Being the same land and premises conveyed to Peter Jose Texeira by Stephen Garcia by deed dated March 29, 2004, and recorded in the land evidence records of the City of Providence at Book 6499, Page 0110.

3. That the defendant real property was used by Miguel Fernandes to facilitate the possession, possession with intent to distribute, and distribution of marijuana, a controlled substance, in violation of 21 U.S.C. § 841(a)(1), punishable by a more than one year imprisonment, to wit: On September 27, 2005, surveillance officers observed a white truck bearing Massachusetts license plate 98VM30 pull up to 137 Reservoir Avenue, Providence, Rhode Island, the residence of Miguel Fernandes. Fernandes then loaded three large cardboard boxes into the rear seat and drove away. When a Pawtucket Patrol Officer attempted to pull Fernandes over, Fernandes pulled over to the side of the road and fled from the truck. Approximately 126 pounds of marijuana was seized from the cardboard boxes inside the truck. On the same date a state search warrant was executed at 137 Reservoir Avenue. Pursuant to the search the following items were seized: a 9mm Jennings

handgun, two scales, a small amount of marijuana, a U-Haul cardboard box containing packaging material, marijuana residue and coffee grounds, a piece of paper containing notations totaling 126, two foozeball tables and six fish tank stands, all containing electronic hidden compartments. A black Chrysler 300M that was parked in the rear of the house and which contained an electronic hide behind the rear passenger seat was also seized. (See affidavit of DEA Special Agent Kathleen Kelleher attached hereto and incorporated herein).

4. That the defendant real property constitutes the proceeds of the illegal marijuana sales of Miguel Fernandes who structured the purchase of the property with the intent to evade federal reporting requirements in violation of 18 U.S.C. § 1956; the defendant real property is also the proceeds of a monetary transaction in criminally derived property of a value greater than $10,000 conducted in violation of 18 U.S.C. § 1957, to wit: On November 4, 2002, Fernandez purchased the property utilizing the name "Stephen Garcia" and paying for the property with six bank or cashier checks in the amounts of $9,700, $9,500, $9,500, $9,857.67, $9,300, and $9,800 from three different banks, for a total of $57,657.67. (See affidavit of DEA Special Agent Kathleen Kelleher attached hereto and incorporated herein).

5. That by reason of the foregoing, the defendant real property, with buildings, appurtenances, and improvements is forfeited to the United States pursuant to the provisions of 21 U.S.C. §§ 881(a)(6) and (7)and 18 U.S.C. § 981(a)(1)(A).

WHEREFORE, plaintiff, the United States of America, prays that due process issue to enforce the forfeiture and to give notice to the interested parties to appear and show cause why forfeiture should not be decreed; that the defendant real property with buildings, appurtenances, and improvements be condemned as forfeited to the United States of America and thereafter be disposed of according to law; and for such other and further relief as this court may deem just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

VERIFICATION

I, Michael P. Iannotti, being duly sworn, depose and say that I am an Assistant United States Attorney for the District of Rhode Island, that I have read the foregoing Complaint for Forfeiture in Rem, and that the contents thereof are true to the best of my knowledge, information, and belief.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Sworn to and subscribed before me this 30th day of November, 2005.

Notary Public
Notary Public
My Commission Expires: 8/27/09