**AFFIDAVIT**

I, Kathleen Kelleher, upon oath depose and say:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), Providence Resident Office, and have been so employed for the past 21 years.

2. This affidavit is submitted in support of Complaint For Forfeiture In Rem against one parcel of real property with buildings, appurtenances, and improvements located at 137 Reservoir Avenue, Providence, Rhode Island, the residence of Miguel FERNANDES, which is described as follows:

> That certain lot or parcel of land with all buildings and improvements thereon situated on the westerly side of Reservoir Avenue in the City and County of Providence, State of Rhode Island, laid out and designated as lot number eleven (11) on that plat entitled, Plat of House Lots in Cranston belonging to A.V. Dike, outline surveyed by Schubarth & Haines April 1853, drawn April 1854 by W.J. Harris", which plat is recorded in the Office of the Recorder of Deeds in said City of Providence on Plat Book 9 at page 3 and (copy) on Plat Card 229.
>
> Being the same land and premises conveyed to Peter Jose Texeira by Stephen Garcia by deed dated March 29, 2004, and recorded in the land evidence records of the City of Providence at Book 6499, Page 0110.

3. The information contained within this affidavit comes from my participation in the investigation of Miguel FERNANDES, my conversations with other officers involved in the

investigation, and my review of records and reports relating to the same.

4. Beginning in June 2003, a confidential source working with the Providence, Rhode Island Police Department (the CS)[1] advised law enforcement officers that Miguel FERNANDES distributes large quantities of marijuana in Rhode Island and Southeastern Massachusetts. The CS informed law enforcement officers that FERNANDES has been distributing marijuana for several years, obtaining the marijuana from a source in California, and arranging shipments to Rhode Island for further distribution. The CS also stated that FERNANDES has several vehicles that have hidden compartments used to transport drugs and money. The CS stated that FERNANDES uses an alias of Stephen Garcia and that he purchased the house at 137 Reservoir Avenue, Providence, Rhode Island, in the name of Stephen Garcia.

5. On September 4, 2001, members of the DEA Los Angeles International Airport Narcotics Task Force seized approximately $75,980 in United States currency from Nelson Teixeira. Teixeira is believed to be the cousin of FERNANDES. The money was subsequently forfeited to DEA.

---

[1] Information provided by the CS has resulted in the arrest of several subjects for drug offenses and the seizure of controlled substances and United States Currency. Prosecution in each of these cases resulted in convictions and or forfeiture of the monies. The CS is, and has been, paid for the information and services to law enforcement agencies. The CS has at least seven prior convictions, including three drug convictions.

6. On September 25, 2001, members of the DEA Los Angeles International Airport Narcotics Task Force seized approximately $53,350 in United States currency and a small amount of marijuana from Miguel FERNANDES and Jeremy Costa at the Best Western Suites Hotel. During the investigation concerning the seizure of the money, FERNANDES and Costa were utilizing a vehicle registered to Nelson Teixeira in Massachusetts. The money was subsequently forfeited to DEA.

7. On August 20, 2003, surveillance officers observed FERNANDES at 137 Reservoir Avenue, Providence, Rhode Island, in conversation with men working on the property and FERNANDES appeared to be inspecting the work. Also observed at the time was a flatbed truck delivering construction materials to 137 Reservoir Avenue. Later that day surveillance officers observed FERNANDES with Jose Cabrera and Ovidio Conforme at a second location in Rhode Island.

8. On August 30, 2003, Providence Police arrested Ovidio Conforme and a second individual, pursuant to the seizure of approximately fourteen pounds of marijuana from the vehicle they occupied.

9. On October 20, 2003, DEA Los Angeles International Airport Narcotics Task Force seized approximately $8,840 in United States currency from Jose Cabrera. A trained drug-

detecting canine conducted a positive alert for the currency. The money was subsequently forfeited to DEA.

10. In or about November 2003, a cooperating witness (CW)[2] advised law enforcement agents that a subject, identified as FERNANDES, purchased numerous items, including but not limited to, a bed, fish tank stands, and foozeball tables, equipped with hidden compartments from a shop in Westchester County, New York (the "shop"). According to the CW, FERNANDES and or his associates brought several vehicles to the "shop" for installation of hidden compartments.

11. On February 3, 2004, at approximately 11:00PM, surveillance officers observed FERNANDES meet with the driver of a flatbed tow truck bearing a New York license plate, at 137 Reservoir Avenue. On the back of the tow truck was a red Chrysler Concorde without a license plate and a large item covered with a tarp. FERNANDES drove the Chrysler Concorde off the tow truck and up the driveway at 137 Reservoir Avenue. FERNANDES and the tow truck driver then unloaded two large items, believed to be fish tank bases and put them in the driveway at 137 Reservoir Avenue. FERNANDES covered the items with a tarp. Surveillance officers observed FERNANDES reach into the vehicle he arrived in, a 2000 Chrysler Concorde bearing

[2] The CW has pleaded guilty to participating in a narcotics conspiracy and is cooperating in the hope of receiving a more lenient sentence. The CW's information has been highly reliable and corroborated.

Massachusetts license plate 19F-J01, remove what appeared to be a bag and hand the bag to the tow truck driver. FERNANDES and the tow truck driver then left the area. According to the Massachusetts Registry of Motor Vehicles, Massachusetts license plate 19F-J01 is registered to Nelson Teixeira.

12. On February 9, 2004, surveillance officers observed FERNANDES and an unidentified male arrive at 137 Reservoir Avenue in the Chrysler Concorde bearing Massachusetts license plate 19F-J01. Surveillance officers observed FERNANDES and the male carry large plastic garbage bags from the rear door of 137 Reservoir Avenue and put the bags into the trunk of the vehicle. Observed parked in the rear of the residence was the red Chrysler Concorde without a license plate.

13. On March 3, 2004, surveillance officers observed a white truck with Massachusetts license plate 31RT11 parked in the driveway at 137 Reservoir Avenue. According to the Massachusetts Registry of Motor Vehicles, Massachusetts license plate 31RT11 is registered (on a 1998 Ford truck, white) to Peter Jose Teixeira, 783 Montello Street, Brockton, Massachusetts.

14. On March 5, 2004, surveillance officers observed the Chrysler Concorde bearing Massachusetts license plate 19F-J01 and a large commercial truck labeled "High Tech Construction" parked in front of 137 Reservoir Avenue. Observed parked in the

driveway was a white truck. Officers observed a white male dressed in work clothes go back and forth from the residence to the large commercial truck getting construction materials.

15. On August 17, 2004, Lowndes County Sheriff Deputies in Georgia stopped a vehicle operated by FERNANDES and occupied by Jose Cabrera. Pursuant to this stop, Lowndes County Deputies seized from the vehicle approximately three pounds of marijuana from a table equipped with a hidden electronic compartment and $5,317 in United States currency. The money was subsequently forfeited to DEA.

16. On January 7, 2005, a North Carolina State Trooper stopped the Chrysler Concorde bearing the Massachusetts license plate 19F-J01 registered to Nelson Teixeira and utilized by FERNANDES during this investigation. The vehicle was operated by Michael Brennick at the time. Seized pursuant to the stop was approximately $30,000 United States currency from a hidden electronic compartment behind the rear passenger seat. Brennick told law enforcement officers that he was being paid $300 to drive the vehicle to Fort Lauderdale, Florida. The vehicle and money are in forfeiture proceedings.

17. On March 4, 2005, a Lowndes County Deputy Sheriff in Georgia stopped a rental vehicle occupied by FERNANDES and two other individuals. Seized from the vehicle was a large coffee table equipped with a hidden electronic compartment.

18. On March 22, 2005, FERNANDES was arrested with Anthony Fitzroy Williams, a Jamaican National, in Los Angeles, California, pursuant to the seizure of approximately 69 pounds of marijuana and $81,961 United States currency. FERNANDES was released without charges.

19. On May 31, 2005, a surveillance officer observed FERNANDES and a second male arrive at 137 Reservoir Avenue, move vehicles around and leave in two separate vehicles.

20. In or about June 2005, the CS told the Providence Police that FERNANDES was back using the house at 137 Reservoir Avenue as a distribution point for the marijuana.

21. On September 27, 2005 surveillance officers observed a white truck bearing a Massachusetts license plate 98VM30 with a car trailer containing a black Chrysler 300M, parked on the street at 137 Reservoir Avenue. According to the Massachusetts Registry of Motor Vehicles, the white truck is registered to Jose Cabrera. Approximately an hour and a half later, surveillance officers observed (via surveillance equipment) the white truck with the car trailer (no car on trailer) pull up to 137 Reservoir Avenue. FERNANDES was observed getting out of the driver's side of the white truck and walking up the driveway. Surveillance officers observed FERNANDES walk up and down the driveway loading three large cardboard boxes into the rear seat of the white truck. FERNANDES entered the truck and left. A

Pawtucket Patrol Officer attempted to pull FERNANDES over in the area of the Lonsdale Avenue Exit. FERNANDES pulled to the side of the road, fled from the truck across the north and southbound lanes of I-95 and into a wooded area. After an extensive search FERNANDES was not apprehended. Seized from the rear seat of the white truck were three U-Haul cardboard boxes containing approximately 126 pounds of marijuana. On the same date a state search warrant was executed at 137 Reservoir Avenue, the residence of FERNANDES. Pursuant to the search the following items were seized: a 9mm Jennings handgun, two scales, a small amount of marijuana, a U-Haul cardboard box containing packaging material, marijuana residue and coffee grounds, a piece of paper containing notations totaling 126, two foozeball tables and six fish tank stands, all containing electronic hidden compartments. The black Chrysler 300M that was parked in the rear of the house was also seized. This vehicle contained an electronic hide behind the rear passenger seat. The residence at 137 Reservoir Avenue has one bedroom, which contained male clothing and shoes. There were three large framed photographs of FERNANDES hanging on the walls and a small Father's Day Photo Album dated 2005 to FERNANDES. The Providence Police BCI Unit processed several items for latent fingerprints. A latent fingerprint from a black plastic bag that contained marijuana seized from the white truck and a latent fingerprint from the large scale seized from

137 Reservoir Avenue were enhanced and positively identified as belonging to FERNANDES.

22. On September 28, 2005, a Rhode Island State Arrest Warrant was obtained for FERNANDES charging him with Possession with Intent to Deliver Marijuana, Possession with Intent to Deliver in a School Zone, and Possession of a Firearm while Committing a Crime of Violence.

23. On September 29, 2005, surveillance officers observed a U-Haul truck with a car trailer parked at 137 Reservoir Avenue. Surveillance officers observed a black male, later identified as Dedric L. Williams, walk down the driveway at 137 Reservoir Avenue and proceed to walk down the street a block and back, talking on a cellular telephone looking around, specifically looking at the surveillance officers in their vehicle. Williams then returned to the house. Surveillance officers followed Williams onto the premise. Also at the house was Peter Jose Teixeira. Williams stated that he was asked to rent a truck to help move some furniture. Teixeira stated that the house was his and he was there to pick up a vehicle.

24. During a later interview, Teixeira stated that FERNANDES was his nephew and that he had not seen him in about six months. Teixeira advised that he bought the house at 137 Reservoir Avenue approximately one and a half years ago from a Puerto Rican guy named Stephen Garcia for $65,000 cash.

Teixeira stated that an attorney, last name Natal on Reservoir Avenue handled the transaction. Teixeira stated that he did the renovation work on the house and that he rents the house to David Barros. Teixeira further stated that FERNANDES may live at the house but he really does not know. Teixeira stated that the last time he was at the house was approximately two months ago and that he (Teixeira) was at the house today to pick up a black Chrysler 300 that he had parked in the yard 2-3 weeks ago. Teixeira stated that he has been disabled since 1990 and lives on Social Security.

25. On September 30, 2005, FERNANDES was arrested in Bridgewater, Massachusetts on the Rhode Island arrest warrant. FERNANDES is being held at the Adult Correctional Institution, Cranston, Rhode Island.

26. According to documents on record, the property described in paragraph 2 above, located at 137 Reservoir Avenue, Providence, Rhode Island was purchased by Stephen GARCIA on November 4, 2002 from Reo Properties, Inc. The purchase price was $60,000 with no mortgage. The property was then transferred from Stephen GARCIA to Peter Jose Teixeira on March 29, 2004 with no consideration paid. The attorney on record for both transactions was listed as Robert D. Natal (Natal).

27. On November 9, 2005, I interviewed Natal relative to these real estate transactions. Natal stated that he

represented Mark Reo of Reo Properties in the initial transaction. Natal described Stephen GARCIA as a good-sized male with long hair in a ponytail, beard and mustache. According to Natal, GARCIA had a couple of additional young males with him and believed they were involved in a nightclub in Warwick or West Warwick. Natal stated that he had "heard" that GARCIA had a large amount of cash for the transaction but Natal made it clear that he would only handle the transaction with a bank check. Natal stated that he never saw the cash but when GARCIA returned to complete the purchase GARCIA provided several bank or cashier checks totaling the amount due at closing. Natal stated that GARCIA provided a driver's license as a form of identification but Natal did not make a copy of it. Finally, Natal indicated that the real estate transaction on March 29, 2004 between GARCIA and Peter Jose Teixeira was a "quitclaim" transaction and no money was paid between the parties.

28. On November 18, 2005, Natal provided copies of his deposit ticket and the six bank or cashier checks GARCIA used to purchase the property at 137 Reservoir Avenue from Reo Properties, Inc. on November 4, 2002, that had been deposited into Natal's escrow account on November 6, 2002. The checks were from three different banks and the amounts were as follows: $9,700, $9,500, $9,500, $9,857.67, $9,300, and $9,800 for a

total deposit of $57,657.67. Natal was shown a photograph of Miguel FERNANDES and immediately identified the photograph as the individual he knows as Stephen GARCIA.

29. For the foregoing reasons, there is probable cause to believe that the property described in paragraph 2, located at 137 Reservoir Avenue, Providence, Rhode Island was used to facilitate the distribution of marijuana and possession with intent to distribute marijuana and possession of marijuana, all in violation of 21 U.S.C. § 841(a)(1), and that said real property, is therefore, subject to seizure and forfeiture pursuant to Title 21 U.S.C. § 881(a)(7).

30. For the foregoing reasons, there is also probable cause to believe that the property described in paragraph 2, located at 137 Reservoir Avenue, Providence, Rhode Island was purchased with the proceeds of FFERNANDES' marijuana sales and that said real property, is therefore, subject to seizure and forfeiture pursuant to Title 21 U.S.C. § 881(a)(6).

31. For the foregoing reasons, there is also probable cause to believe that the property described in paragraph 2, located at 137 Reservoir Avenue, Providence, Rhode Island was purchased with the proceeds of the specified unlawful activity of narcotics distribution with the intent to evade federal reporting requirements in violation of 18 U.S.C. § 1956 and also is the proceeds of a monetary transaction in criminally derived

property of a value greater than $10,000 in violation of 18 U.S.C. § 1957 and that said property is, therefore, subject to seizure and forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(A).

KATHLEEN KELLEHER
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me
this 29th day of November, 2005.

Notary Public
My commission expires: 8/27/09