IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

NOV 30 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA, Plaintiff

vs.

ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS KNOWN AS 137 RESERVOIR AVENUE, LOCATED IN THE CITY OF PROVIDENCE, RHODE ISLAND, Defendant

C.A. No. CA05-498T

WRIT OF ENTRY FOR INSPECTION AND APPRAISAL

Upon application by the United States for an order permitting entry into the defendant real property for physical and structural inspection, inventory, and appraisal of the property by the United States Marshal, and its appraiser, and the Complaint for Forfeiture In Rem having set forth facts showing probable cause for forfeiture of the defendant property and good cause appearing therefor:

It is hereby

ORDERED

that the United States Marshal, or his deputies, and his appraiser, shall enter the defendant real property to conduct a reasonable and necessary structural and physical inspection, inventory, and appraisal during the hours of 8:00 a.m. to 6:00 p.m. Inspection and appraisal of the defendant real property shall thereafter be conducted by the United States

Marshal on an annual basis during the pendency of this action. The United States Marshal shall give reasonable notice of this writ to the occupants, if any, and attempt to work out a mutually agreeable time for the inspection and appraisal.

UNITED STATES MAGISTRATE JUDGE