# AFFIDAVIT

I, Robert D. Young, upon oath depose and say:

1. I am a Deputy United States Marshal with the United States Marshals Service, District of Rhode Island, and have been so employed for 19 years. I have been the Asset Forfeiture Coordinator for the past 3 years.

2. This affidavit is submitted in support of the Government's Ex Parte Application for Warrant for Seizure of Real Property relative to one parcel of real property with buildings, appurtenances, and improvements located at 137 Reservoir Avenue, Providence, Rhode Island.

3. On or about December 1, 2005, a Writ of Entry for Inspection and Appraisal on the above described property was issued by United States Magistrate Judge Lincoln D. Almond. Pursuant to the Writ of Entry, on February 8, 2006, I entered 137 Reservoir Avenue, Providence, Rhode Island, to conduct an inspection and appraisal of the property. I was accompanied by a contract appraiser from United Appraisal Group.

4. Upon inspection of the property it appeared that the property had been abandoned and all of the kitchen appliances had been removed, leaving active electric wiring protruding from walls and ceiling. I observed that all heating duct vents were missing from the property as well as all light fixtures. I also observed that the gas valve was shut off to the furnace and hot water heater, however, water was still turned on in the property.

I observed that three windows in the house were open, exposing the interior to the outside elements. I noted additional damage to the property to include holes in the wall, broken or missing tiles, and cracked or broken mirrors.

5. After completing the inspection and appraisal of the property I closed the open windows, turned off the water at the meter and drained the lines to prevent freezing of the pipes and further damage.

6. On February 9, 2006 I contacted Drug Enforcement Administration Special Agent Kathleen Kelleher relative to my observations of the property. On the same date Agent Kelleher accompanied me to the property. According to Agent Kelleher she was present on the property during the execution of a state search warrant on September 27, 2005 and was also present on the property on September 29, 2005 to interview two individuals who allegedly were on the premises to remove furniture.

7. Agent Kelleher advised me that to the best of her recollection the following items have been removed from the property:

--- stainless steel kitchen appliances to include a large side by side refrigerator with a television, a stove, and a dishwasher

--- a free standing marble topped kitchen island with cook top

--- all of the hardware from the kitchen cabinets

--- all of the light fixtures throughout the house

--- all of the duct work for the heating vents

--- the basement appliances including a Neptune washer and dryer, a refrigerator, and a stove

--- a toilet tank and shower door from the basement bathroom

--- fixtures from Jacuzzi tub in upstairs bedroom

--- exterior flood lights

--- landscape lighting and a mailbox from front yard

8. Since the property is abandoned and unsecured, it is subject to further deterioration (especially during the present winter weather) and vandalism. This could result in a substantial de-valuation of the property. Accordingly, the immediate securing and maintenance of the property is necessary in order to preserve its value.

ROBERT D. YOUNG
DEPUTY UNITED STATES MARSHAL

Subscribed to and swaorn to before me this 14th day of February, 2006

UNITED STATES MAGISTRATE JUDGE