IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, Plaintiff

vs.

ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS KNOWN AS 137 RESERVOIR AVENUE, LOCATED IN THE CITY OF PROVIDENCE, RHODE ISLAND
Defendant

C.A. No.05-498T

**_EX PARTE_ WARRANT FOR SEIZURE OF**
**REAL PROPERTY BASED UPON EXIGENT CIRCUMSTANCES**

TO: THE UNITED STATES MARSHAL
FOR THE DISTRICT OF RHODE ISLAND

WHEREAS, a Verified Complaint for Forfeiture in Rem was filed on November 30, 2005, in the United States District Court for this District by the United States Attorney for said District, alleging that the above-named defendant real property is subject to forfeiture to the United States of America for the causes and reasons stated therein;

AND WHEREAS, upon consideration of the Government's verified complaint and *ex parte* application for warrant for seizure, the Court finds probable cause for forfeiture of the defendant real property to the United States of America, pursuant to 21 U.S.C. §§ 881(a)(6) and(7), that exigent circumstances presently exist that justify the immediate seizure of said property without pre-seizure notice or hearing, and that less restrictive means are

insufficient to protect the Government's interests therein;

ACCORDINGLY, YOU ARE HEREBY COMMANDED TO SEIZE, pursuant to 18 U.S.C. § 985(d)(1)(B)(ii), the defendant real property located at 137 Reservoir Avenue, Providence, Rhode Island and more particularly described as follows:

> That certain lot or parcel of land with all buildings and improvements thereon situated on the westerly side of Reservoir Avenue in the City and County of Providence, State of Rhode Island, laid out and designated as lot number eleven (11) on that plat entitled, "Plat of House Lots in Cranston belonging to A.V. Dike, outline surveyed by Schubarth & Haines April 1853, drawn April 1854 by W.J. Harris", which plat is recorded in the Office of the Recorder of Deeds in said City of Providence on Plat Book 9 at page 3 and (copy) on Plat Card 229.
>
> Being the same land and premises conveyed to Peter Jose Texeira by Stephen Garcia by deed dated March 29, 2004, and recorded in the land evidence records of the City of Providence at Book 6499, Page 0110.

and take any other action to secure and preserve the defendant real property until further order of this Court respecting the same. The United States Marshal, at his discretion, shall be accompanied by federal, state, or local law enforcement officers to assist him in the execution of this Warrant.

YOU ARE FURTHER COMMANDED TO POST upon said real property in an open and visible manner a copy of this Warrant for Seizure at the time thereof;

YOU ARE FURTHER ORDERED TO SERVE upon the record owner thereof a copy of this Warrant for Seizure at the time thereof together with a copy of the Government's Complaint and Notice of the Complaint, if such has not previously been served.

A RETURN OF THIS WARRANT shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed.

THE CLERK OF COURT shall thereafter mail a copy of this Warrant to all parties or their counsel of record herein.

UPON EXECUTION OF THIS WARRANT and seizure of the defendant real property, the United States shall notify the property owner(s) of their right to request a post-seizure hearing affording them an opportunity to contest the basis for the seizure of the defendant real property.

SO ORDERED:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE