IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS KNOWN AS 137 RESERVOIR AVENUE, LOCATED IN THE CITY OF PROVIDENCE, RHODE ISLAND<br>Defendant | ) | C.A. No.05-498T |

**NOTICE OF POST-SEIZURE HEARING**

The United States filed the above-styled civil forfeiture action, alleging that the named defendant real property is subject to forfeiture to the United States of America under 21 U.S.C. §§ 881(a)(6) and(7). Upon motion of the United States and for good cause shown, this Court issued an *ex parte* warrant of arrest in rem on February 14, 2006, against the defendant real property, pursuant to 18 U.S.C. § 985(d)(1)(B)(2).

THEREFORE, as provided under 18 U.S.C. § 985(e), the Court shall conduct a hearing on March 10th, 2006, at 10:00 a.m., at which time the property owner(s) shall have an opportunity to contest the basis for seizure of the defendant real property.

The United States Marshal is hereby DIRECTED to serve this Notice of Post-Seizure Hearing on all known property owner(s) and to post same on the defendant real property, and to make a return

thereof to the Court.

SO ORDERED:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE