U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: United States of America

COURT CASE NUMBER: C.A. 05-498T

DEFENDANT: One parcel of real property with buildings, appurtenances, and improvements known as 137 Reservoir Avenue, located in Providence, RI

TYPE OF PROCESS: Writ of Entry/Warrant

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: 137 Reservoir Avenue

**AT** — ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: Providence, RI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Iannotti, Asst. U.S. Atty.
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | 2 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold — Fold

inspect and appraise property
post warrant

Signature of Attorney or other Originator requesting service on behalf of: [signature]

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 401/709-5000

DATE: 12/7/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | [signature] | 12/8/05 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 2/28/06, 12/20/05 | Time: am / pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 135.00 | $ 11.16 | | | | | |

REMARKS:
1st End Post House 12/20/05 2 Deputies, 1hr, Taped Warrant to rear door.
2nd End Inspect/Appraise Property. 1hr w/ Paul Seymour of United Appraisal GP.
Total - 3 DUSMs 2 hrs

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

RECEIVED
NOV 30 2005
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS KNOWN AS 137 RESERVOIR AVENUE, LOCATED IN THE CITY OF PROVIDENCE, RHODE ISLAND,<br>Defendant | ) | C.A. No. 05 498 T |

WRIT OF ENTRY FOR INSPECTION AND APPRAISAL

Upon application by the United States for an order permitting entry into the defendant real property for physical and structural inspection, inventory, and appraisal of the property by the United States Marshal, and its appraiser, and the Complaint for Forfeiture In Rem having set forth facts showing probable cause for forfeiture of the defendant property and good cause appearing therefor:

It is hereby

ORDERED

that the United States Marshal, or his deputies, and his appraiser, shall enter the defendant real property to conduct a reasonable and necessary structural and physical inspection, inventory, and appraisal during the hours of 8:00 a.m. to 6:00 p.m. Inspection and appraisal of the defendant real property shall thereafter be conducted by the United States

Marshal on an annual basis during the pendency of this action. The United States Marshal shall give reasonable notice of this writ to the occupants, if any, and attempt to work out a mutually agreeable time for the inspection and appraisal.

UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Plaintiff )
)
vs. ) C.A. No.
)
ONE PARCEL OF REAL PROPERTY WITH )
BUILDINGS, APPURTENANCES, ) CA 05 498 T
AND IMPROVEMENTS KNOWN AS )
137 RESERVOIR AVENUE, LOCATED IN THE )
CITY OF PROVIDENCE, RHODE ISLAND, )
Defendant )

EX PARTE APPLICATION FOR WRIT OF ENTRY
AND DECLARATION IN SUPPORT OF WRIT OF ENTRY

The plaintiff, the United States of America, respectfully applies to this court for a writ of entry onto the premises known as 137 Reservoir Avenue, Providence, Rhode Island, pursuant to Title 18 U.S.C. § 983(j) and Title 18 U.S.C. § 985(b)(2) for the purpose of conducting a reasonable and necessary structural and physical inspection and appraisal.

This Ex Parte Application for a Writ of Entry is brought pursuant to the decision in United States v. Good, 114 S.Ct. 492 (1993) and 28 U.S.C. § 1651. In Good, the Supreme Court held that the United States may not seize property which is subject to forfeiture without giving the owner thereof notice and an opportunity to be heard, unless the exigencies of the situation require such a seizure. The Court also recommended the use of less restrictive alternative measures to a seizure

in a forfeiture case involving residential real property such as the filing of a lis pendens or the obtaining of a restraining order. Id. The plaintiff has recorded a lis pendens in this case, but to further protect its legitimate interest in the defendant real property in lieu of a seizure, the plaintiff herein applies for an order directing the United States Marshal to enter the property under reasonable conditions to determine its condition and value. Pursuant to Title 18 U.S.C. 985(b)(2), the execution of a writ of entry is not considered to be a "seizure."

The facts showing probable cause for forfeiture of the defendant property have been set forth in the previously filed Complaint for Forfeiture In Rem. This application is further supported by the attached declaration.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

DECLARATION IN SUPPORT OF APPLICATION FOR WRIT OF ENTRY

I, Michael P. Iannotti, state:

1. I am an Assistant U.S. Attorney for the District of Rhode Island and represent the United States of America herein.

2. On November 30, 2005, a Complaint for Forfeiture In Rem was filed against the above-described real property.

3. The plaintiff requests that the United States Marshals Service be entrusted with the responsibility of determining the condition and value of the defendant real property, which is subject to forfeiture to the United States.

4. A writ of entry is sought for the purpose of entering the premises known as 137 Reservoir Avenue, Providence, Rhode Island, for the purpose of photographing and inspecting the exterior and interior and making an appraisal of said real property. Toward this end, the Marshals will bring an appraiser with them to appraise the defendant real property.

5. The United States Marshals Service has determined that it is necessary to conduct a complete inventory, inspection, and appraisal of the defendant real property for his records and possible use in court and to thereafter conduct an annual inspection and re-appraisal of said property.

6. To properly document the status of the property, the United States Marshal must be aware of the physical condition of the interior and exterior of the defendant real property. Without the ability to enter the premises, it is difficult or impossible for the United States Marshal to document the status of the property.

7. It is therefore requested that a Writ of Entry be issued.

I declare under penalty of perjury that the foregoing is true and correct.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney