IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. No. 05-498T |
| ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS KNOWN AS 137 RESERVOIR AVENUE, LOCATED IN THE CITY OF PROVIDENCE, RHODE ISLAND Defendant | ) | |

REQUEST FOR ENTRY OF ORDER
OF JUDGMENT AND DECREE OF FORFEITURE

Now comes the Plaintiff, the United States of America, by and through its attorneys, and requests entry of a final Order of Judgment and Decree of Forfeiture for the reasons set forth in the accompanying affidavit of the undersigned.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May 2006, I caused a copy of the foregoing Request for Entry of Order of Judgment and Decree of Forfeiture, Affidavit, and proposed Order of Judgment and Decree of Forfeiture to be forwarded, by postage prepaid mail, to:

John MacDonald, Esq.
76 Westminster Street
Providence, RI 02903