IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. No. 05-498T |
| ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS KNOWN AS 137 RESERVOIR AVENUE, LOCATED IN THE CITY OF PROVIDENCE, RHODE ISLAND Defendant | ) | |

AFFIDAVIT

I, Michael P. Iannotti, on oath depose and say:

1. That I am an Assistant United States Attorney for the District of Rhode Island and represent the United States of America herein.

2. That this action was commenced on November 30, 2005, with the filing of the Complaint for Forfeiture *In Rem* against the defendant real property.

3. That the default of Miguel Fernandes has been entered (Exhibit One).

4. That the default of Peter Jose Texeira has been entered (Exhibit Two).

5. That notice of this forfeiture action was published in The Providence Journal on January 6, 13, and 20, 2006. (Exhibit Three).

6. That no person or entity has filed any claim to the defendant real property or attempted to plead or otherwise defend the above-entitled action.

7. That due to the foregoing, the affiant knows of no reason why final judgment should not enter forfeiting the defendant real property to the United States of America.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Subscribed to and sworn to before me at Providence, Rhode Island this 11th day of May, 2006.

Notary Public

My commission expires: 8/27/09