IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS KNOWN AS 137 RESERVOIR AVENUE, LOCATED IN THE CITY OF PROVIDENCE, RHODE ISLAND<br>Defendant | ) | C.A. No. 05-498T |

REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against Peter Jose Texeira for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

DEFAULT HEREBY ENTERED
DEPUTY CLERK
May 10, 2006

EXHIBIT TWO