U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF United States of America | COURT CASE NUMBER C.A. 05-[illegible] |
| DEFENDANT One parcel of real property with buildings, appurtenances, and improvements known as [illegible] Reservoir Avenue, located in the City of Providence, RI | TYPE OF PROCESS Notice |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Providence Journal

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Iannotti, Asst. U.S. Atty.
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Fl
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

publish Notice of Action and Arrest
once a week for three weeks

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Michael Iannotti | | 401/709-5000 | [illegible] |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 7 | No. 7 | [signature] | [illegible]/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address *(complete only if different than shown above)* | Date of Service / Time am pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

NOTE

**PRIOR EDITIONS MAY BE USED**

**3. NOTICE OF SERVICE**

**FORM USM-285 (Rev. 12/15/80)**

EXHIBIT THREE

September 1973
Standard Form No. 1143
1 TPHM 4-2000

# ADVERTISING ORDER

ORDER NUMBER

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE
United States Marshals Service

DATE
December 14, 2005

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF THE PUBLICATION ADVERTISED IN
Providence Journal

SUBJECT OF ADVERTISEMENT CA 05-498T
137 Reservoir Ave., Providence, RI

EDITION OF PAPER ADVERTISEMENT APPEARED
Daily

NUMBER OF TIMES ADVERTISEMENT APPEARED
3

DATE(S) ADVERTISEMENT APPEARED
1/6, 1/13 & 1/20/2006

SPECIFICATIONS FOR ADVERTISEMENT

COPY FOR ADVERTISEMENT

See attached

T.S.S

PN Reservoir

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE 12/28/05 | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL [signature] | TITLE SFS |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C., Invitation No. C-6676-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 3:00 p.m., November 15, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶

UNITED STATES MARSHALS SERVICE
P.O. BOX 1524
Providence, RI 02901-1524

## IMPORTANT

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

1143-108

For Rent

AFFORDABLE ATTRACTIVE: Providence industrial, commercial office and artist space. Studio office and artist space. Nature Mill building. 274-8060.

CRANSTON: 1600 to 6400 sq. ft. SALES/SERVICE will sub divide. Minutes to Rte 95. Crossroads Office Park 944-5900

CRANSTON: 800-2400 sq ft. Office and garage for mechanic, 2 lifts, and auto repair license, re-conditioning. Call Greg. 413-6425

EAST PROVIDENCE: 2000' to 10,000', access to I-195, 18' ceilings, all spaces ready to go! 1st month FREE. Call 438-1000. coastrealtyassociates.com

EAST SIDE: 6400' in Wayland Sq.; Thayer St.; Downtown Providence. Prime Retail-Office Capstone 401-454-4660 ext. 325.

JOHNSTON: Plainfield Pike, across from Wal-Mart, 2000 sq. ft. 2 overhead doors, large office area. Air conditioned. 641-5997.

LINCOLN: 500-5000 sq ft, warehouse/office/light manufacturing/retail, loading docks, zoned ML05. 401-486-5950.

NARRAGANSETT: Approximately 800 sq.ft., reception area, 2 private offices. $825 a month. EXECUTIVE. 783-9080 x104.

NORTH KINGSTOWN/WICKFORD: 1000 sq.ft., office/retail, Hamilton Plaza, 685 Boston Neck Rd., $700. 401-822-3008.

PROVIDENCE: 10,000+ sq.ft. M1 zoning appropriate for auto body, auto repair etc. Easy access to 95. Call 617-620-3800.

PAWTUCKET: BROADWAY: 1160 sq. ft. office or retail space avail. $700 mo. Call 725-4573 for details.

PROVIDENCE: 32 Branch at North Main, 10,000' Class A office space, 7' parking. Medical row. Walk 480.

PROVIDENCE: DOWNTOWN 250 to 10,000 sq. ft., parking available. Some include heat. 7sqr. $250 up. Paolino 274-6411.

PROVIDENCE: Promenage Center area. Modern 640'-1200'-2300'-3000'-7500' will sub-divide, air, free parking. Walk to Mall, highway access. From $8 sq. ft. Licht Properties 331-4800.

PROVIDENCE: Wickenden St. Approx 1200 sq.ft. 5 rooms includes kitchen space, reception area. $1600. 351-3800. 31-6000

WAKEFIELD: Convenient location. 2 professional offices available. Rent includes common conference room, lobby, utilities, ample parking. Immediate occupancy. Call 401-258-3803.

WARWICK: Quality, Ambiance for discriminating professionals. AIRPORT Professional Park. Private/shared offices 732-4350.

WOONSOCKET: 1,000 to 6,000 sq. ft. private office space, high speed internet access, parking, elevator. Coast. 401-438-2800.

873-Warehouse, Storage Space

JOHNSTON: A prime location, 622 Killingly, High traffic, office, storage, warehouse. Call: 401-421-3782.

Selling a multi-unit
MULTI-UNIT piece of property? Attract eyeballs to your ad with the new MULTI-UNIT icon.
Call 401.277.7700
CLASSIFIEDS

SERVICE DIRECTORY
Professional help for home and personal needs
BUSINESS FIRMS
To place your ad in the Service Directory call
401-277-7700

RUBBISH REMOVAL
...'S RUBBISH. Homes, garages, furniture, mouldings, oil tanks. Free ... Providence, 837-1176.
A-1 work! Basements, ... Yards. For a better deal Pal, 725-9685. 7 days 401-374-7796 anytime.

PAINTERS-BUILDERS
HAMMER! Construction, baths, decks, additions, all remodeling needs ... 401-322-0473.

CHIMNEY SERVICE
RJD & SONS: Chimney repairs, sweeps, caps. Gutters cleaned and repaired. Tree cutting. Lic. #11849. 447-3645; 725-4910.

ELECTRICAL WORK
ABLE ELECTRIC: Service upgrades, residential and commercial. Affordable. Licensed, insured. 401-946-2827. #A3302.

HANDYPERSON
N.E. HOUSE DOCTOR: All types of home repairs and improvements. V/MC. Free Estimates. Lic #16916. 401-467-9526

HOME IMPROVEMENTS
ADDITIONS, Decks, porches, garages. Free estimates. License #21563, insured. Visit us www.decksri.com 401-313-4533
ADDITIONS, ROOFS, Windows, decks, kitchens, interior and exterior. We do it all. Immediate openings. Lic# 2648. 941-1518.
REMODELING: Additions, bathrooms, basements, kitchens, decks, roofs, etc. Lic. #19278. Russell & Sons, 942-2617.

ROOFING AND SIDING
ABODE: A back-to-earth price. Certified contractor serving with pride since 1958. White Home Improvement. #2700. Member BBB's 722-2321; 785-4294

see fit before the Family Court to be held at One Dorrance Plaza, Providence, RI 02903 within the County of Providence on 23-JAN-2006 at 9:00 a.m., then and there to respond to said petition.

Witness, the seal of our Family Court, at Providence, 16 December, 2005.

F. Charles Haigh
Administrator/Clerk

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**FAMILY COURT**
**JUVENILE CLERK'S OFFICE**
**ONE DORRANCE PLAZA**
**PROVIDENCE, RI 02903**
**Providence County**
**DATE: 30 December, 2005**

NOTICE TO: JAMES WHITTAKER and any and all parties in interest.

In Re: CASEY MARIE WHITTAKER; born on 12-11-2000; Juvenile Number 199924732; Case Number PTI-05-000226.

A case has been brought in the Rhode Island Family Court to decide whether you have any parental rights to this child. If you do not appear at a hearing about this matter at the Family Court, One Dorrance Plaza, Providence, RI 02903 on 19-JAN-2006 at 09:00:00 AM, an order will enter without your consent that you no longer have any rights to this child, and the child may be adopted.

F. Charles Haigh
Administrator/Clerk

**DEMAND FOR PAYMENT**

NOTICE IS HEREBY GIVEN THAT THE UNDERSIGNED DEMANDS PAYMENTS OF AMOUNTS DUE TO THE UNDERSIGNED AS OF 12/23/2005
A037 Maria Lantigua $554.00
B116 Carolyn Butler $284.00
B141 Jennifer Smith $360.80
D221 Ebony Medina $394.00
D215 Lori Ricci $378.00
E295 Nicholas Whitfield $224.00
E355 Frank Franco $588.00

IN THE EVENT THAT THE ABOVE AMOUNTS REMAIN UNPAID AS OF 12/23/2005 ANY RIGHT OF ACCESS TERMINATES AND THE GOODS WILL BE ADVERTISED AND SOLD AT PUBLIC STORAGE, 1130 MINERAL SPRING AVE., NORTH PROVIDENCE, RI, 02904. (401) 729-4582.

MICHELLE VARGA
AGENT FOR OWNER

NEW HOME LISTINGS MAKE THEIR MARK!
NEW LIST
For advertising information, contact Ron Moreau, Sales Director-Real Estate, at 401.277.7752.
CLASSIFIEDS

January 6, 2006.

KAPCZAK, Theodore W., Estate – Probate of will; for hearing January 23, 2006.

Individuals requesting interpreter services for the hearing impaired must notify the Town Clerk at 333-8451, (72) hours prior to the hearing date.

Karen D. Allen
Probate Clerk

**NOTICE OF FORFEITURE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
**UNITED STATES OF AMERICA,**
**Plaintiff**
**vs.**
**ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS KNOWN AS 137 RESERVOIR AVENUE, LOCATED IN THE CITY OF PROVIDENCE, RHODE ISLAND**
**Defendant**
**C.A. NO. 05-498T**

Notice is hereby given that on November 30, 2005, the above forfeiture action was commenced against one parcel of real property with buildings, appurtenances and improvements known as 137 Reservoir Avenue, located in the City of Providence, Rhode Island. Any person having or claiming an interest in or to said property must file his claim with the Clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, Rhode Island 02903, within 30 days of this date, and must file his answer to the complaint hereto within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**FAMILY COURT**
**JUVENILE CLERK'S OFFICE**
**ONE DORRANCE PLAZA**
**PROVIDENCE, RI 02903**
**Providence County**
**DATE: 18 December, 2005**

NOTICE TO: DWIGHT TAYLOR and any and all parties interest.

In Re: BLAKE DOUGLAS WILCOX; born on 01-02-1992; Juvenile Number 200401201; Case Number PTI-05-000207.

A case has been brought in the Rhode Island Family Court to decide whether you have any parental rights to this child. If you do not appear at a hearing about this matter at the Family Court, One Dorrance Plaza, Providence, RI 02903 on 18-JAN-2006 at 09:00:00 AM, an order will enter without your consent that you no longer have any rights to this child, and the child may be adopted.

F. Charles Haigh
Administrator/Clerk

## LEGAL NOTICES

...nted Guardian of the Person and Estate; creditors must ...e their claims in the office of ...e Probate Clerk within the ...e required by law beginning January 6, 2006.

MARTINO, TINA MARIA ...TATE OF A. J. Brosko Esq. ...d Paul Corrigan III Esq. ...ve been appointed Co-Guardians of the Person and ...tate; creditors must file ...ier claims in the office of the ...obate Clerk within the time ...quired by law beginning ...nuary 6, 2006.

...iduals requesting interpreter ...vices for the hearing impaired must notify the office ...the Probate Clerk at 232-...00 (Ext. 213) 72 hours in advance of the hearing date.

MaryAnn DeAngelus, Town Clerk

### ...ITATION FOR BIDS

IFB NO. 729

...ES FOR MATERIALS ...CYCLING FACILITY EQUIPMENT

...e Rhode Island Resource ...very Corporation (the ...ration) is soliciting bids ...e supply and mounting ...w tires, the dismounting ...l tires, and an Exchange ...am for equipment utilized at its Materials Recycling Facility in Johnston, RI. ...ecifications may be obtained at the Corporation's office at 65 Shun Pike, ...ton, RI 02919, or by ...g 401/942-1430, Extension 255, and requesting ...ge No. 729.

...led bids must be received at 65 Shun Pike, Johnston, RI, no later than 2:00 ...on Tuesday, February 7, ...at which time a public ...ening will be held. Bids ...ed thereafter will not ...nsidered. All bids must ...bmitted in envelopes ...y marked with the bidder's name and with the ...: "Bid No. 729 Enclosed ...s for Materials Recycling Facility Equipment." ...orporation reserves the ...to accept or reject any ...it deems necessary in its ...terest.

...ividuals requiring assistance due to a disability must ...the Corporation at least ...business days prior to ...l opening.

...ard shall be made to the ...responsive and responsible bidder satisfying the ...ation's criteria and ...e made in accordance ...he Corporation's Rules ...ocurement of Supplies ...rvices.

...HOME LISTINGS ...KE THEIR MARK!

NEW LIST

For advertising ...rmation, contact ...n Moreau, Sales ...ector–Real Estate, 401.277.7752.

CLASSIFIEDS

## LEGAL NOTICES

NOTICE OF FORFEITURE

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, Plaintiff

vs.

ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS KNOWN AS 137 RESERVOIR AVENUE, LOCATED IN THE CITY OF PROVIDENCE, RHODE ISLAND Defendant

C.A. NO. 05-498T

Notice is hereby given that on November 30, 2005, the above forfeiture action was commenced against one parcel of real property with buildings, appurtenances and improvements known as 137 Reservoir Avenue, located in the City of Providence, Rhode Island. Any person having or claiming an interest in or to said property must file his claim with the Clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, Rhode Island 02903, within 30 days of this date, and must file his answer to the complaint hereafter within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

### Non-Discriminatory Policy as to Students

St. Joseph School of Nursing admits students of any race, sex, religion, marital status, handicap, color, national, and ethnic origin to all rights, privileges, programs, and activities generally accorded or made available to students at the school. It does not discriminate on the basis of age, sex, race, religion, marital status, handicap, color, national and ethnic origin in administration of education policies, admissions policies, scholarship and loan programs, and other school administered programs.

It is the policy of St. Joseph School of Nursing not to discriminate on the basis of age, sex, race, marital status, disability, religion, national origin, color, creed or political affiliation. Inquiries concerning compliance with Title VI of the Civil Rights Act of 1964, Title XI of the Education Amendments of 1972 regarding activities relating to ensuring non-discrimination in the admission and treatment of students, curriculum and course offerings, student policies, services and activities relating to insuring non-discrimination in employment policies and practices may be directed to:

Catherine Rose, MSN, RN
Acting Assistant Director
St. Joseph School of Nursing
200 High Service Avenue
North Providence, RI 02904
Phone: 401-456-3050
Fax: 401-456-3640

## LEGAL NOTICES

...that you no longer have any rights to this child, and the child may be adopted.

F. Ch... ...lerk
Administr...

### REQUEST FOR PROPOSALS

The Smithfield School Department is accepting sealed proposals for the following items:

Security Cameras
Elevator Upgrades
Auditorium Lighting

Bid specifications may be obtained by calling (401) 231-6615 or at the Superintendent's Office, 49 Farnum Pike, Smithfield, RI until 3:00 p.m., January 24, 2006. There will be a mandatory pre-proposal conference at the Smithfield Sr. High School, 90 Pleasant View Avenue, Smithfield, RI on January 25, 2006 beginning with security cameras at 9:00 a.m., lighting at 10:00 a.m., and elevator upgrades at 11:00 a.m. On-site visitation will follow each conference.

Proposals will be received until 2:00 p.m., February 2, 2006 at the Superintendent's Office. Proposals received after this hour shall not be considered unless postmarked 48 hours or more prior to this hour. All proposals must be received in a sealed envelope marked "Security Cameras", "Elevator Upgrades", or "Auditorium Lighting". The Smithfield School System reserves the right to award contracts in part or in whole.

Robert M. O'Brien
Superintendent

CITY OF WOONSOCKET

### REQUEST FOR PROPOSALS

FOR CONSTRUCTION MANAGEMENT/DESIGN SERVICES FOR $35-40 MILLION IN SCHOOL CONSTRUCTION TO REPLACE THE WOONSOCKET MIDDLE SCHOOL

Sealed proposals for Construction Management/Design Services for the City of Woonsocket will be received by the City's Purchasing Agent until 1:00 PM, Friday, January 27, 2006.

Copies of the Request for Proposals may be obtained either at the Office of Planning & Development or the Purchasing Agent, City of Woonsocket, 169 Main Street, Woonsocket, RI 02895.

Each proposal should be clearly marked on the outside of the envelope:

"CONSTRUCTION MANAGEMENT/DESIGN SERVICES FOR A MIDDLE SCHOOL REPLACEMENT FOR THE CITY OF WOONSOCKET"

A mandatory information-al meeting will be held on Thursday, January 19, 2006 starting at 1:00 PM in the Second Floor Conference Room, City Hall, 169 Main Street, Woonsocket, RI.

The Owner reserves the right to waive any informalities or to reject any of the...

## LEGAL NOTICES

SUPPLIES

Sealed proposals to furnish the East Providence School Department with **Spring Athletic Supplies** will be received in the office of the Director of Budget and Finance, 80 Burnside Avenue, East Providence, RI 02915 until **2:00 p.m. on Friday, January 27, 2006** at which time they will be publicly opened and read. Please mark envelope plainly. **"Spring Athletic Supplies."**

The East Providence School Department reserves the right to reject any and all proposals, to waive any informalities in the proposals received and to accept the proposal deemed to be in the best interest of the School Department.

Dr. James C. Hilton, Ph.D.
Director of Budget & Finance



Who let the dogs (and cats) out?



Draw attention to your ads with The Providence Journal Classifieds PET ICONS



Whether you're a rental landlord that allows pets, or provide a service like pet grooming, your Classified ad will gain prospects' attention by adding a Pet Icon.

Call 401.277.7700.

CLASSIFIEDS

homes new to the market doesn't have to be a chore. Just look for the

NEW LIST

icon in the Saturday Real Estate/ Classifieds and The Providence Sunday Journal Real Estate section.

For advertising information, contact Ron Moreau, Sales Director–Real Estate, at 401.277.7752.

CLASSIFIEDS

NOTICES LEGAL NOTICES

...lations
...ass (Approval/
...
Governors Fi-
...s 16-20
...to Regulations
, Proprietary

...to Regulations
...nstitutions of
...tion Operating

...mittee Reports
...onsent Agenda
...ceptance of...)
...al from URI to
...ams into 2 - MS
Pharmaceutical

...Revised Mission

...amendation on
... to Grant an
...ol-Ho Engineer-
... for Water Line

...amendation on
... Square II Ex-
...ect - Proposed
...e for URI Kine-
...am
...mendation on
... of the Former
... Chi Fraternity

...udited Financial
...r URI, RIC and

...mendation of the
... Delegated Small
...uthority at URI
... Consent Agenda
...cceptance of)
...ment of Honor-
... Nominees Pro-
...
...ng of Degrees by

...mendations of the
...view Committee
...d Business
...' Reports
...e Session (Any
...d to items 12c)
...cussed in execu-
... will be taken
...rd reconvenes in
...)
...ion of Collective
...Agreement with
...t to RIGL Sec.

...on Pending Liti-
...ant to RIGL Sec.

... persons will be
...pportunity to be
...e items on the
...ccordance with
...f the Board of
...ore detailed in-
...ut the agenda is
...he Office of the
...y of Higher Edu-
...omenade Street,
...For interpreter/
...2-6561 or TDD
... later than two
...s prior to the

F. Tentative School Calendar Proposal

G. Policy #3901 - Use of School Funds to Communicate with Town Residents - 1st Reading

H. Policy #8608-Access to Students' Personal and Academic Information - 1st Reading

I. Emergency Response Committee Bylaws

V. Unfinished Business

A. SAT Program Update

B. Mathematics - 3-Year Plan and Personal Literacy Plans - Define and Discuss

C. EWG Sports 4 Kids - Track Project Access and Track Easement Language

D. 2004-2005 Money Held Back by Exeter

VI. Reports/Comments

VII. Important Dates and Meetings

VIII. Executive Session - RIGL 42-46-5

A. 42-46-5 (a)(9) - Collective Bargaining

## PUBLIC NOTICE

This public notice is in accordance with The Industrial Property Remediation and Reuse Act (Rhode Island General Laws Sections 23-19.14-5 and 23-19.14-11) and the Rules and Regulations for the Investigation and Remediation of Hazardous Material Releases and the Rules and Regulations for Underground Storage Facilities Used for Petroleum Products and Hazardous Materials. The Rhode Island Department of Environmental Management (RIDEM) and PK Rumford LLC are providing public notice of their intent to enter a Settlement Agreement relating to contaminated soil and the presence of light non-aqueous phase liquids (LNAPL) in groundwater at the property located at 179 Greenwood Avenue/9 Newman Avenue, East Providence, Rhode Island (the Property). The property is further designated as Map 403, Block 1, Lot 23 of the East Providence, Rhode Island Tax Assessor's plat maps. The RIDEM Office of Waste Management case numbers are 2005-038, 2005-089, 2005-090. Environmental Land Usage Restrictions will be recorded with the City of East Providence. The Property will be used for mixed residential and commercial purposes.

There is a 14-day comment period, commencing with the date of this posting during which the public may review Department of Environmental Management records pertaining to this property and submit written comments. The Department will consider all written comments prior to executing this Agreement.

Written comments should be submitted to:

Stephanie A. Wilkes
RI Department of Environmental Management
Office of Waste Management
235 Promenade Street
Providence, RI 02908

Arrangements to review Department records may be made by calling 222-6822 (Ext. 7307).

...VIDENCE
...AL FIRE
...E COMPANY
...Annual Meeting
...holders of The
...tual Fire Insur-
... will be held at
...za, 801 Green-
..., Warwick,
..., on Tuesday,
...2006, at 11:30

...ard A. Slanigen
...ant Treasurer/
Secretary
...06
...de Island

## NOTICE OF FORFEITURE

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
UNITED STATES OF AMERICA, Plaintiff
vs.
ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS KNOWN AS 137 RESERVOIR AVENUE, LOCATED IN THE CITY OF PROVIDENCE, RHODE ISLAND
Defendant
C.A. NO. 05-498T

Notice is hereby given that on November 30, 2005, the above forfeiture action was commenced against one parcel of real property with buildings, appurtenances and improvements known as 137 Reservoir Avenue, located in the City of Providence, Rhode Island. Any person having or claiming an interest in or to said property must file his claim with the Clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Fl., Providence, Rhode Island 02903, within 30 days of this date, and must file his answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

## CITY OF WOONSOCKET EDUCATION DEPARTMENT
## INVITATION TO BID
BID #06-08
Telecommunication System

Sealed bids for furnishing the Woonsocket Education Department with proposals for a Telecommunication System will be received in the BUSINESS OFFICE, McFee Administration Building, 108 High Street, Woonsocket, RI 02895, until 1:00 PM, on Wednesday, February 1, 2006, at which time they will be opened publicly.

Specifications may be obtained at the above office effective immediately.

If bid total is over $5,000.00, bids MUST be accompanied by bid surety in the form of a certified check or bid bond in the amount of 5% of bid price. Unsuccessful Bidders will have their bid surety returned to them.

The School Committee reserves the right to accept or reject without prejudice, any or all proposals or to waive any irregularities therein, or to accept the bid deemed to be in the best interest of the City of Woonsocket.

Bids are to be placed in sealed envelopes and clearly marked: "BID #06-08 Telecommunication System" and addressed to the BUSINESS OFFICE.

No bid will be accepted after date and time specified.

WOONSOCKET SCHOOL COMMITTEE
Marc A. Dubois
Chairman

ONE DORRANCE PLAZA
PROVIDENCE, RI 02903
Providence County
DATE: 18 January, 2006

NOTICE TO: MICHELLE LISA SILVIA and any and all parties in interest.

In Re: DOMINIC ROSARIO SILVIA; born on 09-07-2005; Juvenile Number 200528491; Case Number WT1-06-000001.

A case has been brought in the Rhode Island Family Court to decide whether you have any parental rights to this child. If you do not appear at a hearing about this matter at the Family Court, One Dorrance Plaza, Providence, RI 02903 on 27-JAN-2006 at 09:00:00 AM, an order will enter without your consent that you no longer have any rights to this child, and the child may be adopted.

F. Charles Haigh
Administrator/Clerk

## BOARD OF LICENSES
## CITY OF PROVIDENCE
ROOM 112 - CITY HALL
NEW CLASS BV
LIQUOR LICENSE
WITH BX (2 AM CLOSING)
Maiuciola, Inc.
100 North Main Street
1st & 2nd Floors
JUNK SHOP
Louis Sanchez
81 Troy Street

The Board of Licenses will be in its office on: Friday, February 3, 2006 at 1:00 P.M. at which time and place all owners of the land within 200 feet of these locations may file their objections to the granting of these licences. Remonstrance must be filed on or before the time of the Hearing. Individuals requesting interpreter services for the hearing impaired must notify the Office of the Mayor at 421-7740 (x221), 48 hours in advance of the hearing date in compliance with ADA.

Andrew J. Annaldo
Chairman & Secretary

Frederick Naegelo, Terr... Price, Sharron Reilly, Jo... Sarkardi, Cr... William Wood OF Rils Leon... Charles Gledhill, Mike Renaud, James Flannery, Kristine Pierce. If payments not made, auction will be held at Northern Rhode Island Self Storage, 400 George Washington Highway, Smithfield, RI on January 31, 2006 at 3:30 PM, pursuant to the contractual lien set forth in your agreement, (RHODE ISLAND GENERAL STATUTES, CHAPTER 42, TITLE 34-42-4)

## CITY OF EAST PROVIDENCE
PUBLIC HEARING
ORDINANCE

A public hearing will be held in the Council Chamber, City Hall, 145 Taunton Avenue, East Providence, Rhode Island, a meeting of the City Council on Tuesday, February 7, 2006 at 7:30 P.M. relative to final passage of the following ordinance:

AN ORDINANCE IN AMENDMENT OF CHAPTER 18 OF THE REVISED ORDINANCES OF THE CITY OF EAST PROVIDENCE, RHODE ISLAND, 1998, AS AMENDED, ENTITLED "VEHICLES AND TRAFFIC" REGARDING STOP SIGN AT THE CORNER OF GEORGE STREET AND LEONARD AVENUE.

Individuals requesting interpreter services for the hearing impaired or needing other special services, must call 435-7500 or 434-1633 (v//tdd) forty-eight (48) hours in advance of the meeting date.

Said ordinance is available for public inspection at the office of the City Clerk.

Dana L. Toy
City Clerk

Selling a multi-unit piece of property?
MULTI-UNIT Attract eyeballs to your ad with the new MULTI-UNIT Icon.

For additional information and details on how to place your Classified ad, call 401.277.7700.

Don't forget to ask for special icons and watch your property sell!



CLASSIFIEDS