IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff

vs.

ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS KNOWN AS 137 RESERVOIR AVENUE, LOCATED IN THE CITY OF PROVIDENCE, RHODE ISLAND
Defendant

C.A. No. 05-498T

ORDER OF JUDGMENT AND DECREE OF FORFEITURE

The defaults of Miguel Fernandes and Peter Jose Texeira having been entered and it appearing that no claim to the defendant real property has been filed since this action was commenced;

It is hereby

ORDERED, ADJUDGED, and DECREED

That judgment is entered in favor of the plaintiff, the United States of America, and the defendant, one parcel of real property with buildings, appurtenances, and improvements known as 137 Reservoir Avenue, located in the City of Providence, Rhode Island, is forfeited to the plaintiff, the United States of America, with all right, title, and interest thereto vesting in the United States of America, and the United States Marshal is

authorized to dispose of said real property according to law.

BY ORDER:

ENTER:

ERNEST C. TORRES
CHIEF JUDGE
UNITED STATES DISTRICT COURT
6/8/06